**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00299-CV**
_____

**LAYNE WALKER, Appellant**

**V.**

**STEPHEN HARTMAN, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-198,246**

**ORDER**

Appellee filed a motion to recuse Justice Charles Kreger on September 23, 2016. Justice Kreger certified the matter to the Court. The Court finds appellant failed to present grounds which justify recusal in this case. *See* Tex. R. App. P. 16; *see also* Tex. R. Civ. P. 18b. Accordingly, the motion to recuse Justice Charles Kreger is denied.

ORDER ENTERED September 29, 2016.

PER CURIAM

Before McKeithen, C.J., and Horton, J.
Kreger, J., not participating.
Johnson, J., recused.